

**Adam Starr | Lawyer**
AdamStarr@MarkowitzHerbold.com

August 18, 2025

Clerk of the Court
United States District Court, Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

**Re:    Request to issue subpoena under 17 U.S.C. § 512(h)**

Dear Clerk of the United States District Court for the Northern District of California:

Pursuant to 17 U.S.C. § 512(h), petitioner Workout Lifting Video Games, LLC ("WLVG") hereby requests that the Clerk of the Court issue the proposed subpoena attached to this request to Roblox Corporation, owner of the site and digital gaming platform www.roblox.com, to identify alleged infringers of WLVG's copyright protected work.

The following is attached, as required by 17 U.S.C. § 512(h)(2):

1.  A copy of DMCA notifications to Roblox, collectively attached as **Exhibit 1**:

    a.  A DMCA Notice to Roblox, dated April 12, 2025;
    b.  A DMCA Notice to Roblox, dated April 15, 2025;
    c.  A DMCA Notice to Roblox, dated April 30, 2025;
    d.  A DMCA Notice to Roblox, dated May 15, 2025;
    e.  A DMCA Notice to Roblox, dated May 15, 2025;
    f.  A DMCA Notice to Roblox, dated May 26, 2025;
    g.  A DMCA Notice to Roblox, dated June 10, 2025;
    h.  A DMCA Notice to Roblox, dated June 25, 2025; and
    i.  A DMCA Notice to Roblox, dated July 9, 2025.

2.  A proposed subpoena, attached as **Exhibit 2**.

August 18, 2025
Page 2

3.  A sworn declaration as to the purpose of the subpoena, which is contained at the end of this letter.

WLVG respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena pursuant to 17 U.S.C. § 512(h)(4) and send it to its counsel, Adam Starr, by email at AdamStarr@MarkowitzHerbold.com, or alternatively, by mail to: 1455 SW Broadway, Suite 1900, Portland, OR 97201

Respectfully,

*s/ Adam M. Starr*
Adam M. Starr

August 18, 2025
Page 3

## DECLARATION PURSUANT TO 17 U.S.C. § 512(h)(2)(C)

I, Adam M. Starr, declare as follows:

1.     I am an attorney licensed to practice in the State of California and the Northern District of California.  I am an attorney at Markowitz Herbold, PC, and counsel of record for plaintiff in this action.  I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would testify competently and under oath to the same.

2.     I am authorized to act on behalf of the copyright owner on matters involving the infringement of certain copyrighted works as detailed herein.  This declaration is made in support of the accompanying proposed subpoena, pursuant to 17 U.S.C. § 512(h)(2)(C).

3.     The purpose of the subpoena sought in this action is to obtain the identity of alleged copyright infringers, as described in the proposed subpoena.  The information obtained will be used only for the purpose of protecting the rights granted to the copyright holder, Workout Limited Video Games, LLC, under Title 17 of the United States Code.

I declare under penalty of perjury the foregoing is true and correct.

Executed on August 18, 2025 in Portland, Oregon


                              _s/ Adam M. Starr_____
                              Adam M. Starr